

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

No. 04-19-00531-CV

**IN THE INTEREST OF D.N.C., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00380
Honorable Solomon Casseb III, Judge Presiding

# O R D E R

On January 8, 2019, Appellant filed an original petition in a suit affecting the parent-child relationship. On August 5, 2019, Appellant filed a notice of appeal "challenging the 131st District Court's Granting of Respondent's Special Appearance."

Ordinarily, a person may appeal the grant of a special appearance, but not "in a suit brought under the Family Code." TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(7); *accord In re Marriage of Loya*, 290 S.W.3d 920, 921 (Tex. App.—Houston [14th Dist.] 2009, no pet.).

We ORDER Appellant to show cause within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellant does not timely file written proof as ordered, this appeal will be dismissed. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court